UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **DUSTIN SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) Judge Rudy Lozano |
| | ) |
| | ) Magistrate Judge Susan L. Collins |
| **v.** | ) |
| | ) CASE NO. 1:16-cv-00306-RL-SLC |
| **WRIGHT TREE SERVICE, INC.** | ) |
| | ) |
| **Defendant.** | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, by and through counsel, stipulate that this case, including all claims that were or could have been brought, is dismissed with prejudice, each party to bear his or its own costs.

| | |
|---|---|
| */s/ Paul J. Cummings*_____ | */s/ Ryan M. Martin*_____ |
| Paul J. Cummings | Ryan M. Martin |
| David M. Henn | Jackson Lewis P.C. |
| Henn Haworth Cummins & Page | 150 North Michigan Avenue, Suite 2500 |
| 625 N. Madison Ave., Suite A | Chicago, Illinois 60601 |
| Greenwood, Indiana 46142 | Telephone: (312) 787-4949 |
| | Facsimile: (312) 787-4995 |
| | E-mail: ryan.martin@jacksonlewis.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 19, 2017, a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.


                                        */s/  Ryan M. Martin*
                                        Ryan M. Martin


4828-5330-2848, v. 1